ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 13 2022

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>MOHAMED HERSI | Criminal Indictment<br>No. 1:22-CR-0125 |

THE GRAND JURY CHARGES THAT:

**Counts 1 to 25**

On or about the dates set forth below, in the Northern District of Georgia, the defendant, MOHAMED HERSI did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Tax Returns, Forms 1040, individual and joint, for the taxpayers and calendar years specified below. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim withholdings, deductions, and expenses for items and in amounts specified below, whereas, as Defendant HERSI then and there knew, the taxpayers were not entitled to claim withholdings, deductions, and expenses in the claimed amounts:

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSE ITEM(S) | FALSE ITEM(S) AMOUNT |
|---|---|---|---|---|---|
| 1 | 1/27/2016 | A.A.B. | 2015 | Withholdings | $1,257 |
| 2 | 2/3/2017 | | 2016 | Withholdings | $652 |
| 3 | 3/17/2020 | | 2019 | Withholdings & Expenses | $13,570 |
| 4 | 4/13/2017 | M.B.G. | 2016 | Deductions | $9,316 |
| 5 | 3/25/2019 | | 2018 | Expenses | $4,064 |
| 6 | 2/9/2017 | C.H. | 2016 | Withholdings | $1,037 |
| 7 | 2/11/2019 | | 2018 | Form 8863 | $989 |
| 8 | 2/10/2020 | | 2019 | Form 8863 | $1,000 |
| 9 | 3/20/2018 | K.K. | 2017 | Deductions | $9,274 |
| 10 | 2/10/2020 | | 2019 | Withholdings & Expenses | $10,354 |
| 11 | 2/16/2016 | A.K. | 2015 | Withholdings | $1,695 |
| 12 | 2/28/2017 | | 2016 | Withholdings | $1,280 |
| 13 | 2/6/2020 | | 2019 | Withholdings & Expenses | $13,064 |
| 14 | 2/16/2016 | K.S.L. | 2015 | Withholdings & Form 8863 | $1,649 |
| 15 | 2/15/2017 | | 2016 | Withholdings & Deductions | $14,127 |
| 16 | 2/11/2019 | | 2018 | Withholdings & Schedule C | $33,286 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSE ITEM(S) | FALSE ITEM(S) AMOUNT |
|---|---|---|---|---|---|
| **17** | 2/16/2017 | H.L. | 2016 | Deductions | $16,508 |
| **18** | 2/16/2018 | | 2017 | Deductions | $14,216 |
| **19** | 2/11/2019 | | 2018 | Expenses | $16,125 |
| **20** | 2/10/2020 | | 2019 | Expenses | $10,991 |
| **21** | 2/27/2018 | C.P.M. | 2017 | Deductions | $29,927 |
| **22** | 2/9/2016 | R.R.O. | 2015 | Withholdings & Deductions | $19,603 |
| **23** | 2/14/2017 | | 2016 | Withholdings & Deductions | $19,959 |
| **24** | 3/6/2018 | | 2017 | Withholdings & Schedule C | $30,186 |
| **25** | 2/13/2019 | | 2018 | Schedule C | $17,497 |

All in violation of Title 26, United States Code, Section 7206(2).

**Count 26**

On or about April 19, 2016, in the Northern District of Georgia, the defendant, MOHAMED HERSI, did willfully make and subscribe and file, and cause to be filed with the Internal Revenue Service Center, a United States Individual Income Tax Return, Form 1040, for calendar year 2015, that was verified by a written declaration that it was made under the penalties of perjury, and which Defendant HERSI did not believe to be true and correct as to every material matter, namely, Defendant HERSI stated that his total gross receipts for 2015 was

$52,297 (line 1 in Schedule C), when he then and there knew that was not an accurate statement of his gross receipts, in violation of Title 26, United States Code, Section 7206(1).

**Count 27**

On or about April 18, 2017, in the Northern District of Georgia, the defendant, MOHAMED HERSI, did willfully make and subscribe and file, and cause to be filed with the Internal Revenue Service Center, a United States Individual Income Tax Return, Form 1040, for calendar year 2016, that was verified by a written declaration that was made under the penalties of perjury, and which Defendant HERSI did not believe to be true and correct as to every material matter, namely, Defendant HERSI stated that his total gross receipts for 2016 was $52,207 (line 1 in Schedule C), when he then and there knew that was not an accurate statement of his gross receipts, in violation of Title 26, United States Code, Section 7206(1).

**Count 28**

On or about September 8, 2019, in the Northern District of Georgia, the defendant, MOHAMED HERSI, did willfully make and subscribe and file, and cause to be filed with the Internal Revenue Service Center, a United States Individual Income Tax Return, Form 1040, for calendar year 2017, that was verified by a written declaration that was made under the penalties of perjury, and which Defendant HERSI did not believe to be true and correct as to every material matter, namely, Defendant HERSI stated that his total gross receipts for

2017 was $202,791 (line 1 in Schedule C), when he then and there knew that was not an accurate statement of his gross receipts, in violation of Title 26, United States Code, Section 7206(1).

**Count 29**

On or about January 19, 2021, in the Northern District of Georgia, the defendant, MOHAMED HERSI, did willfully make and subscribe and file, and cause to be filed with the Internal Revenue Service Center, a United States Individual Income Tax Return, Form 1040, for calendar year 2019, that was verified by a written declaration that was made under the penalties of perjury, and which Defendant HERSI did not believe to be true and correct as to every material matter, namely, Defendant HERSI stated that his total gross receipts for 2019 was $107,354 (line 1 in Schedule C), when he then and there knew that was not an accurate statement of his gross receipts, in violation of Title 26, United States Code, Section 7206(1).

A True BILL

FOREPERSON

KURT R. ERSKINE
*United States Attorney*

TIFFANY R. DILLINGHAM
*Assistant United States Attorney*
Georgia Bar No. 638051

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181